OPINION — AG — ** RUNOFF — PRIMARY — FAILURE TO VOTE ** QUESTION: " IF A ELECTOR FAILED TO VOTE IN THE RUNOFF PRIMARY WHEN THERE WAS NO CANDIDATE CONTEST OF ANY KIND OR NO STATE QUESTION TO VOTE ON, SHOULD HIS FAILURE TO VOTE IN SAID ELECTION BE 'COUNTED' AS ONE OF THE THREE FAILURES NECESSARY FOR CANCELLING HIS ELECTION REGISTRATION UNDER 26 O.S. 87 [26-87] ? — NEGATIVE CITE: 26 O.S. 87 [26-87] (THREE CONSECUTIVE ELECTIONS, IN ELIGIBLE, PROPERTY TAXPAYER) (FRED HANSEN)